UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

In re:                                                          | Case No. 20-51567-JPS
                                                                |
Southern Clearing & Grinding, Inc.                              |
                                                                |
                                                                |
        Debtor(s)                                               |

---

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Robert M. Matson*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00.  A plan was confirmed on 5/3/2021.  No plan payments were made to the trustee.  The Court deemed the plan substantially consummated, and pursuant to 28 U.S.C. 586(e)(5) [or 11 U.S.C. § 330(a), as applicable], on 5/25/2021 the Court ordered compensation of $11,730.00 and expenses of $174.90 be awarded to the trustee.  These funds were paid by the debtor to the trustee on 6/11/2021.  I hereby certify that my administration of the estate of the above-named debtor(s) has been completed.  I request that I be discharged from any further duties as trustee.


Date:  7/27/2021                                    By:  /s/ Robert M. Matson
                                                              Trustee




STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR D**